UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIANNE A. THEODULE,<br>    Plaintiff,<br>    v.<br>BLUE MERCURY,<br>    Defendant. | Case No. 17-cv-05581-DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendant filed a motion to dismiss on March 1, 2018. [Docket No. 12]. Plaintiff Fabianne A. Theodule is pursuing this action without legal representation. Because the motion was not served at Ms. Theodule's current address on file with the court, the court ordered Defendant to immediately re-serve the motion to dismiss at the current address on file and file a proof of service regarding the same, which Defendant did. [Docket Nos. 16, 17]. The court also ordered Ms. Theodule to file any opposition to the motion to dismiss by March 30, 2018. [Docket No. 16]. The court has received no such opposition.

The court ORDERS Ms. Theodule respond by **April 13, 2018** and explain her failure to respond to the motion. In addition, Ms. Theodule must simultaneously (1) submit her opposition to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Ms. Theodule's late submission. If Ms. Theodule does not respond by **April 13, 2018**, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

//

//

//

//

The court further ORDERS that Defendant shall file a reply, if any, to Ms. Theodule's opposition no later than April 20, 2018.

**IT IS SO ORDERED.**

Dated: April 4, 2018



Donna M. Ryu
United States Magistrate Judge